No. 99–9390. CAMPBELL v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 99–9396. MOORE v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–9397. CABRERA v. HORGAS ET AL. C. A. 10th Cir. Certiorari denied.

No. 99–9399. PADILLA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–9403. BOLES v. CORRECTIONS CORPORATION OF AMERICA ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–9406. CHAMBERS v. WILLIAMS, JUDGE, CIRCUIT COURT OF MISSOURI, JEFFERSON COUNTY. Sup. Ct. Mo. Certiorari denied.

No. 99–9410. JOLLY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 99–9412. SOSA v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–9418. MCKINNEY v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 99–9420. SARMIENTO v. UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN. C. A. 6th Cir. Certiorari denied.

No. 99–9422. WHITE v. CHAVIS, SUPERINTENDENT, LUMBERTON CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 99–9423. WOODBURY v. STEIN MART, INC. C. A. 11th Cir. Certiorari denied.

No. 99–9425. ATKINSON v. MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 99–9429. STUBBS v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.